**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LORRAINE J. LANE, individually and on
behalf of all others similarly situated,

                        CASE NO: 3:18-cv-00001-TJC-JBT

      Plaintiff,

v.

ENHANCED RECOVERY COMPANY
LLC, a Delaware limited liability company,

      Defendant.
_____/

## **STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice as to Ms. Lane's individual claims and without prejudice as to the claims of the putative class, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear her/its own costs and fees incurred in this matter.

Dated: August 10, 2018

Respectfully Submitted,

**SMITH, GAMBRELL & RUSSELL, LLP**

| | |
|---|---|
| By*: /s/ Richard D. Rivera* | By:*/s/ Manuel S. Hiraldo* |
| Scott S. Gallagher | Manuel S. Hiraldo, Esq. |
| Florida Bar No. 0371970 | Hiraldo P.A. |
| Email: ssgallagher@sgrlaw.com | 401 E. Las Olas Boulevard |
| Richard D. Rivera | Ft. Lauderdale, Florida 33301 |
| Florida Bar No. 108251 | mhiraldo@hiraldolaw.com |

Email: rrivera@sgrlaw.com
50 North Laura St, Suite 2600
Jacksonville, FL 32202
(904) 598-6111
(904) 598-6211 fax

*Attorneys for Defendant*

and

Stefan Coleman, Esq.
Law Offices of Stefan Coleman P.A.
201 S. Biscayne Blvd., 29th Floor
Miami, FL 33131
law@stefancoleman.com

and

Ignacio J. Hiraldo, Esq.
IJH Law
14 NE First Ave, 10th Floor
Miami, FL 33132
ijhiraldo@ijhlaw.com

*Attorneys for Plaintiff*