# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

LORRAINE J. LANE, individually
and on behalf of all others similarly
situated,

    Plaintiff,

v.   Case No.   3:18-cv-1-J-32JBT

ENHANCED RECOVERY
COMPANY, LLC, a Delaware limited
liability company,

    Defendant.

_____

## **O R D E R**

Upon review of Stipulation of Dismissal (Doc. 38), filed on August 10, 2018, this case is dismissed with prejudice as to Plaintiff Lane's individual claims and without prejudice as to the claims of the putative class. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 10th day of August, 2018.

                                            TIMOTHY J. CORRIGAN
                                            United States District Judge

sj
Copies:

Counsel of record